WOOD v. WILSON.   (No. 6941.)

(Supreme Court, Appellate Division, First Department.   February 26, 1915.)

DISCOVERY (§ 31*)—EXAMINATION OF ADVERSE PARTY—TIME OF EXAMINATION
    —JOINDER OF ISSUE.
        Plaintiff is not entitled to an examination of defendant as a party be-
    fore issue joined.
        [Ed. Note.—For other cases, see Discovery, Cent. Dig. § 45; Dec. Dig.
    § 31.*]

Appeal from Special Term, New York County.

Action by Otis F. Wood against Rose O'Neill Wilson.   From an
order denying the motion of Rose O'Neill Wilson to vacate an order
for her examination, she appeals.   Reversed.

Argued before CLARKE, LAUGHLIN, SCOTT, DOWLING, and
HOTCHKISS, JJ.

William W. Corlett, of New York City, for appellant.
Kelley & Becker, of New York City, for respondent.

PER CURIAM.   It is obvious that the plaintiff has all the knowl-
edge necessary to enable him to frame a complaint.   After issue joined
he may be entitled to examine the defendant as a party; but such an
examination is not authorized before issued joined.

The order appealed from should be reversed, with $10 costs and dis-
bursements, and the motion granted, with $10 costs.